# IN THE UNITED STATES DISTRICT COURT
## FOR THE ___MIDDLE___ DISTRICT OF TENNESSEE
### ___CIVIL___ DIVISION

___HILLARY R. HOLT___ Name

Prison Id. No. ___521460___

_____ Name

Prison Id. No. _____

Plaintiff(s)

v. MAURY COUNTY JAIL
ENOCH GEORGE

___DEBRA WAGONSCHULTZ___ Name

_____ Name

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes  ☒ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____

Defendants _____

_____

2. In what court did you file the previous lawsuit? _____

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____

5. When did you file the previous lawsuit? _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____

7. When was the previous lawsuit decided by the court? _____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

☐ Yes        ☐ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? MAURY COUNTY JAIL   1300 LAWSON WHITE DR   COLUMBIA TN 38401

B. Are the facts of your lawsuit related to your present confinement?

☒ Yes        ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

_____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☐ Yes        ☒ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes          ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

_____

2. What was the response of prison authorities? _____

_____

G. If you checked the box marked "No" in question II.E above, explain why not. _____

_____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes          ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes          ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? __WRITTEN GRIEVANCES_____

_____

2. What was the response of the authorities who run the detention facility? _____
__NOTHING HAS BEEN DONE_____

L. If you checked the box marked "No" in question II.I above, explain why not. _____

_____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: __HILLARY R HOLT_____

Prison Id. No. of the first plaintiff: __521460_____

Address of the first plaintiff: 1300 LAWSON WHITE DR COLUMBIA TN 38401

· (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2.  Name of second the plaintiff: _____

Prison Id. No. of the second plaintiff: _____

Address of the second plaintiff: _____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B.  Defendant(s) against whom this lawsuit is being brought:

1.  Name of the first defendant: ENOCH GEORGE

Place of employment of the first defendant: MAURY CTY SHERIFFS DEPT

The first defendant's address: 1300 LAWSON WHITE DR COLUMBIA TN 38401

Named in official capacity? ☒ Yes ☐ No
Named in individual capacity" ☒ Yes ☐ No

2.  Name of the second defendant: DEBRA WAGONSCHULTZ

Place of employment of the second defendant: MAURY CTY SHERIFFS DEPT

The second defendant's address: 1300 LAWSON WHITE DR COLUMBIA TN 38401

Named in official capacity? ☒ Yes ☐ No
Named in individual capacity" ☒ Yes ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

THIS JAIL IS MOLD INFESTED, AIR VENTS ARE RUSTED OVER AND MOLDY THIS IS A HEALTH THREAT
TOILETS DO NOT FLUSH PROPERLY RESULTING IN EXPOSURE DAILY TO RAW SEWAGE
INMATES IN FEMALE POD ARE NOT GIVEN ADEQUATE TIME OUTSIDE
THE FEMALE POD IS INFESTED WITH SPIDERS AND ROACHES
THERE IS NO ACCESS FOR FEMALES TO THE LAW LIBRARY
STATE SENTENCED INMATES ARE SLEEPING ON THE FLOOR EVEN THOUGH IN MY CASE, I WAS ORDERED TO GO TO PRISON WITHIN 30 DAYS BY MY JUDGE STELLA HARGROVE, THAT WAS IN MAY
SHOWERS ARE LEAKING AND MOLDY
CHAPLINS OFFICE (325) IS STANDING IN WATER AND MOLD INFESTED
OUR MATS ARE INADEQUATE AND MOLDY
Sexual Discrimination
Harsh Incarceration    No commisary

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. I WANT TO BE SENT TO PRISON

B. AIR DUCT SYSTEM CLEANED AND OR REPLACED

C. FIX TOILETS/SEWAGE SYSTEM

D. UNSPECIFIED MONETARY DAMAGE 50,000

E. 

F. I request a jury trial.    ☐ Yes    ☒ No

I Hillary Holt was sentenced to 5@100% on 5.6.13 and was in the order by Judge Stella Hargrove to send my to TDOC as soon as possible. I was also 9months pregnant, Ive been incarcerated since Dec. 5th 2012. The reason I asked for transfer as soon as possible is because here I can't had a touch my son here I get 1 visit once a month for a hour through a glass. In prison I get contact visits and get to keep him one weekend out the month. I feel that makes it harsh imprisonment and depriving me of my rights being a TDOC inmate. A state inmate is aloted so many hours outside a week and from July to August 2013 we have been out a total of 7 times. We have around 40 inmates in this open pod It only has 32 bunks so there are couple of women on the floor, the cells on the other side have 4 and 5 girls to a cell. I am also aware that as of 1981 after your sentenced your suppose to be moved to prison within 14 days. Oviously that has not happened. We have 4 toilets in our pod and for a while only 2 of them were working, then after that a 3rd one quit working so we had 1 working toilet for approximitly a week. When they finally had Maintence come to fix them they removed toilet 317 and in the process the left

raw sewer on the floor and did not bother to clean it up. We have 3 showers and water always sits in front of it in a big puddle and you can ask and ask for a squgee but most the time never recieve one. On 7.27.13 Tony Villa who is 6 months pregnant slipped and fell and tore a ligament in her leg due to the water in the floor. She finally got took to the E.R. several hours later. There is black mold growing on several of the mats we are forced to sleep on and on 8.17.13 we took some evidence samples from them and placed them in a sealed envelope. The sinks in the bathroom and also walls in the shower also have mold growing on them samples from them were also taken. They do not have enough uniforms to clothe the population and some have to wear them 2-3 days at a time. On Aug. 2nd to Aug. 14th Samantha D. Land was put in observation for her eating disorder while there she was left alone all the time when she asked for toilet paper or a shower she was denied. She also was on her period and had bled on her clothes they wouldn't let her shower for 2 day or give her a clean uniform. The cell they had her in did NOT have running water. On Aug. 1, 2013 we asked for pads roughly 20 of us

were on our menstrual cycle and the c/o's brought 3 pads and said we had to share because we were not getting anymore. On Aug 10th 2013 @ 2am 5 females were told they could not talk so the Kitchen crew could sleep, even though they were all asleep already. They were not talking loudly enough to bother anyone. The work crew are suppose to have seperate housing anyway - all the men pods have "seperate" housing areas. Then 4 of the 5 girls were sent to D-Board and were locked down for 7 days but, due to being overcrowded they could not lock them down they just took phone, outside and visitation privelages. Through the month of July and August there had been several Maintenance orders for the sewage because does not work properly when it rains hard the drains in the floors overflow and smell of feces. On August 110th we were told to go to the rec. yard again because we were being searched and were not allowed to be present while they did so this was atleast the 6 or 7 time in the past month. Not being able to be present violates the search and seizure law because we were not allowed to be present. On August 11, 2013 the Kitchen crew came back for

their break and they asked had we eaten the home fries and hoped we didn't because they had maggots on them and were made to serve them anyways. Also another kitchen worker stated when she sprayed bleach and water on the walls of the dish room little black worms came crawling out. This also happened in April of 2013 when I worked in the kitchen. We have 3 women in the pod with health conditions. 1 is pregnant the other 2 have heart conditions on is 65 the other has a pacemaker. All 3 of them have been neglected doctor visits, wrong medicine or no medicine and the staff just blows them off. The way we are made to live is very harsh and un human. Its very cold all the time, very unsanitary, and the food is not nutricious. The staff does not care if we are sick or hurt. They do not take people to the dr. or ER when they need to they just put them in booking under "observation". They are observed by c/o's with no medical training. Something needs to be done this place is not suitable for a animal let alone a human. I state all these facts are true as I stated before there is evidence from the mats and bathrooms.

Case 1:13-cv-00102    Document 1    Filed 09/06/13    Page 9 of 11 PageID #: 9



(5)

On 8·17·13 at breakfast we ate
Oatmeal and because there wasn't
enough to finish the trays so they (ARU)
took the oatmeal that fell from
when serving it so the Kitchen
lady took the excess that fell and
scooped it up and put it on the
trays! Then at lunch we were
served salad that had water as
dressing we complained and complained
and finally they came and took the
trays but we never got them back.

Case 1:13-cv-00102    Document 1    Filed 09/06/13    Page 10 of 11 PageID #: 10

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Hillary Hott_     Date: _8/25/13_

Prison Id. No. _521460_

Address: _1300 Lousan wnte dr Columba_

_TN 38401_

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.